61 A.3d 145

IN THE MATTER OF PHILIP N. MULDOON, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 046931990).

March 7, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–12–260, concluding that **PHILIP N. MULDOON, JR.,** of **TURNERSVILLE,** who was admitted to the bar of this State in 1990, should be censured for violating *RPC* 1.4(b)(failure to comply with a client's reasonable requests for information), *RPC* 1.5(b) and (c) (failure to communicate the basis or rate of the legal fee in writing and failure to provide a written contingent fee agreement), *RPC* 5.3(b)(failure to make reasonable efforts to ensure that a nonlawyer's conduct is compatible with the professional obligations of the lawyer), *RPC* 5.5(a)(1) and *Rule* 1:21–1A(a)(3)(practicing law in violation of the rules regulating the legal profession), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And good cause appearing;

It is ORDERED that **PHILIP N. MULDOON, JR.,** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.